## UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| **JASON HEWETT, individually and on behalf of all others similarly situated** | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 7:25-cv-1185 |
| *Plaintiff* | | |
| v. | | |
| **INNOVATIVE TAX RELIEF LLC** | | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Marian Forster, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to INNOVATIVE TAX RELIEF LLC in Palm Beach County, FL on June 26, 2025 at 1:08 pm at 1450 CENTREPARK BLVD STE 275, West Palm Beach, FL 33401 by leaving the following documents with Oswaldo Gomez who as RA is authorized by appointment or by law to receive service of process for INNOVATIVE TAX RELIEF LLC.

CIVIL SUMMONS, COMPLAINT, AND CIVIL COVER SHEET

White Male, est. age 45-54, glasses: N, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.693555,-80.0738833333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Broward County    ,

   FL    on    6/27/2025    .

/s/ *Marian Forster*
_____
Signature
Marian Forster
+1 (561) 809-3650

