IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
IN THE WESTERN DIVISION
CIVIL ACTION NO. 7:25-CV-01185-FL

| | |
|---|---|
| JASON HEWETT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>  Plaintiff,<br><br>v.<br><br>INNOVATIVE TAX RELIEF LLC,<br><br>  Defendant. | **ORDER GRANTING DEFENDANT INNOVATIVE TAX RELIEF LLC'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Upon Motion of Defendant Innovative Tax Relief, LLC ("Innovative") for an extension of time to file and serve its Answer or other responsive pleading to Plaintiff Jason Hewett's ("Hewett") Complaint [DE 1], pursuant to Fed. R. Civ. P. 6 and Local Rule 6.1 and for good cause shown, the foregoing Motion is GRATED.

IT IS, THEREFORE, HEREBY ORDERED that Defendant Innovative shall have through and including 7 August 2025 within which to file and serve Innovative's Answer or other responsive pleading in response to Hewett's Complaint [DE 1].

SO ORDERED, this the ____ day of _____, 2025.

_____
United States District Court Clerk
Eastern District of North Carolina