# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| JASON HEWETT<br>*Plaintiff*<br>v.<br>INNOVATIVE TAX RELIEF LLC<br>*Defendant* | )<br>)<br>) Case No. 7:25-CV-01185-FL<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

INNOVATIVE TAX RELIEF LLC.

Date: 7/17/2025

/s/Luke A. Dalton
*Attorney's signature*

Luke A. Dalton (NC Bar No. 41188)
*Printed name and bar number*

4130 Parklake Avenue, Suite 550
Raleigh, North Carolina 27612
*Address*

luke.dalton@mgclaw.com
*E-mail address*

919-719-8204
*Telephone number*

919-510-9825
*FAX number*