# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| JASON HEWETT ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:25-CV-01185-FL |
| INNOVATIVE TAX RELIEF LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

INNOVATIVE TAX RELIEF LLC .

Date: 07/17/2025

/s/ Megan Gerard Reilly-Dreas
*Attorney's signature*

Megan Gerard Reilly-Dreas (NC Bar No. 58838)
*Printed name and bar number*

4130 Parklake Avenue, Suite 550
Raleigh, North Carolina 27612

*Address*

megan.reilly-dreas@mgclaw.com
*E-mail address*

(919) 719-8228
*Telephone number*

919-510-9825
*FAX number*