IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
IN THE WESTERN DIVISION
CIVIL ACTION NO. 7:25-CV-01185-FL

JASON HEWETT, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    Plaintiff,

v.

INNOVATIVE TAX RELIEF LLC,

    Defendant

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

NOW COMES Defendant Innovative Tax Relief LLC ("Innovative"), pursuant to Fed. R. Civ. P. 33 (b)(2) and Local Rule 6.1, by and through undersigned counsel, and respectfully moves the Court for an extension of time to answer or otherwise respond to the Plaintiff's First Set of Interrogatories and Request for Production of Documents. In support hereof, Innovative shows the Court the following:

1. Plaintiff served Defendant with Plaintiff's First Set of Interrogatories and Request for Production of Documents on 28 August, 2025.

2. Pursuant to Rule 33 (b)(2) of the Federal Rules of Civil Procedure, Defendant Innovative has 30 days after receiving service to respond to the Plaintiff's First Set of Interrogatories and Request for Production of Documents.

3. Defendant Innovative's response to Hewett's First Set of Interrogatories and Request for Production of Documents is currently due on 26 September 2025.

4. Innovative seeks this extension to allow Innovative sufficient time to evaluate and investigate in order to prepare Responses to Plaintiff's First Set of

Interrogatories and Request for Production of Documents.

5. Pursuant to Local Rule 6.1(a), Defendant Innovative, through counsel, consulted with Hewett's counsel regarding the requested extension, and Hewett's counsel consents.

6. This is Innovative's first request for additional time to respond to the First Set of Interrogatories and Request for Production of Documents in this action.

7. This request is not made for the purpose of unreasonable delay and will not prejudice any party to this action.

WHEREFORE, Defendant Innovative respectfully prays for an extension of thirty (30) additional days, up to and including 27 October 2025, in which to respond to Hewett's First Set of Interrogatories and Request for Production of Documents and for such further relief as the court finds just and proper.

Respectfully submitted, this the 26th day September 2025.

    /s/Luke A. Dalton
    LUKE ANDREW DALTON
    Bar No: 41188
    Attorney for Innovative Tax Relief LLC
    McAngus Goudelock & Courie, PLLC
    4130 Parklake Avenue, Suite 550
    Raleigh, North Carolina 27612
    Mailing Address: Post Office Box 30516
    Raleigh, North Carolina 27622
    (919) 719-8200
    luke.dalton@mgclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 26 September 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve notification of such filing on registered users, including the following:

        Email: ryan@ryanduffy.com
        Ryan P. Duffy
        The Law Office of Ryan Duffy, PLLC
        1213 W. Morehead Street
        Suite 500, Unit #450
        Charlotte, North Carolina  28208
        Attorney for Jason Hewett

        Email: anthony@paronichlaw.com
        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, Massachusetts  02043
        Attorney for Jason Hewett

This the 26th day of September, 2025.

                                              /s/Luke A. Dalton
                                              LUKE ANDREW DALTON