IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
IN THE WESTERN DIVISION
CIVIL ACTION NO. 7:25-CV-01185-FL

| | |
|---|---|
| JASON HEWETT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>  Plaintiff,<br><br>v.<br><br>INNOVATIVE TAX RELIEF LLC,<br><br>  Defendant. | **ORDER GRANTING DEFENDANT INNOVATIVE TAX RELIEF LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY** |

Upon Motion of Defendant Innovative Tax Relief, LLC ("Innovative") for an extension of time to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents pursuant to Fed. R. Civ. P. 33 and Local Rule 6.1 and for good cause shown, the foregoing Motion is GRANTED.

IT IS, THEREFORE, HEREBY ORDERED that Defendant Innovative shall have through and including 27 October 2025 within which to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents.

SO ORDERED, this the ____ day of _____, 2025.

_____
United States District Court Clerk
Eastern District of North Carolina