IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:25-CV-01185-FL

JASON HEWETT, INDIVIDUALLY AND )
ON BEHALF OF ALL OTHERS )
SIMILARLY SITUATED )
)
) **NOTICE OF SPECIAL APPEARANCE**
)
)
)
v. )
)
INNOVATIVE TAX RELIEF LLC

Please take notice that the undersigned Andrew Roman Perrong hereby enters a notice of special appearance as attorney for Jason Hewett in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Ryan P. Duffy.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
a@perronglaw.com
PA Bar. No. 333687
Attorney for Plainitff

Ryan P. Duffy
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead St., Suite 500, Unit #2450,

Charlotte, NC 28208

704-741-9399
ryan@ryanpduffy.com
NC Bar. No. 55904
Local Civil Rule 83.1(d) Attorney for Plaintiff