IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-01185-FL

**Jason Hewett,**

          Plaintiff,

v.                                        **Order**

**Innovative Tax Relief, LLC,**

          Defendant.

      After the parties notified the court of a discovery dispute, the court held a hearing to address it. Having considered the parties arguments, the court finds good cause, Fed. R. Civ. P. 26(c), to prohibit Defendant Innovative Tax Relief, LLC from deposing Plaintiff Jason Hewett on October 16, 2025. So the deposition noticed for that date may not proceed. The parties have advised that they are available to attend a deposition on Friday, November, 7, 2025. Defendant Innovative Tax Relief may re-notice Hewett's deposition for that date.

      The court reminds the parties that they have an obligation to take reasonable steps to preserve electronically stored information that is relevant to this dispute. *See* Fed. R. Civ. P. 37(e). Failure to meet this obligation may lead to adverse consequences for the offending party. *Id*.

      The court also orders all counsel of record to promptly review Federal Rules of Civil Procedure 1 and 26(g) and the related advisory committee notes. They should ensure that those rules inform their conduct going forward.

Dated: October 9, 2025

                                                          _____
                                                           Robert T. Numbers, II
                                                          United States Magistrate Judge