IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-01185-FL

JASON HEWETT, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    Plaintiff,

v.

INNOVATIVE TAX RELIEF LLC,

    Defendant

## UNOPPOSED MOTION TO AMEND/CLARIFY CASE MANAGEMENT ORDER

NOW COMES Defendant Innovative Tax Relief, LLC, by and through undersigned counsel, and respectfully moves the court to Amend/ Clarify its Case Management Order [DE 14] regarding personal jurisdiction motions. In support hereof, the Defendant respectfully shows unto the court as follows:

1.    The court's Case Management Order indicates that any "motions related to personal jurisdiction shall be filed by October 15, 2025." (CMO [DE 14] ¶ (B)(3)). The undersigned interprets this to relate to personal jurisdiction motions specific to Plaintiff Hewett's claims. Out of the abundance of caution, for the reasons stated herein, Defendant respectfully requests the court to modify/ clarify the Case Management Order to indicate that the deadline for motions related to personal jurisdiction for punitive class members is thirty (30) days after Plaintiff files a motion for class certification.

2.    Plaintiff's Complaint indicates Plaintiff's intent to seek class certification for a "National DNC Class" against Defendant Innovative Tax Relief, LLC—a Florida company. (*See*

1

Compl. [DE 1] ¶¶ 5, 43). Plaintiff brings claims under Federal and North Carolina law. (*See id.* ¶¶ 50-59)

3. There is an issue of whether the court has personal jurisdiction over Defendant Innovative Tax Relief, LLC in regards to punitive class members, including those residing outside of North Carolina. *See Bristol-Myers Squibb Co. v. Superior Court*, 582 U.S. 255 (2017); *see also Speight v. Labor Source, LLC*, No. 4:21-CV-112-FL, 2022 U.S. Dist. LEXIS 71218, at *17 (E.D.N.C. Apr. 19, 2022) (stating "the Fourth Circuit has not decided whether *Bristol-Myers's* holding extends to . . . federal class action claims.").

4. Some courts hold it is proper to strike nationwide class actions based on specific personal jurisdiction. *See, e.g.*, *Garvey v. Am. Bankers Ins. Co. of Fla.*, Case No. 17-cv-986, 2019 U.S. Dist. LEXIS 79753, at *6 (N.D. Ill. May 10, 2019) (striking nationwide class for alleged TCPA violations). Other courts hold the issue is premature until a class is certified. *See Molock v. Whole Foods Mkt. Grp., Inc.*, 952 F.3d 293, 298 (D.C. Cir. 2020); *Newman v. Direct Energy, LP*, Case No. GJH-21-2446, 2022 U.S. Dist. LEXIS 172577, at *13 (D. Md. Sept. 22, 2022).

5. For reasons that will be addressed at the appropriate time, the Defendant respectfully contends that class certification is inappropriate in this action. As such, the issues of personal jurisdiction over punitive class members may never need to be addressed by the court.

6. In the abundance of caution, however, since the issue may be found premature, Defendant respectfully requests the Court to modify/ clarify the Case Management Order regarding the deadline for motions related to personal jurisdiction for punitive class members.

7. The undersigned counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel does not oppose the relief requested herein.

WHEREFORE, the Defendant respectfully prays the court to modify the Case Management Order to indicate that motions related to personal jurisdiction for punitive class members are due thirty (30) days after Plaintiff actually moves for class certification, and for such other and further relief as the court deems just and proper.

This the 15th day of October, 2025.

/s/Luke A. Dalton
LUKE ANDREW DALTON
Bar No: 41188
Attorney for Innovative Tax Relief LLC
McAngus Goudelock & Courie, PLLC
4130 Parklake Avenue, Suite 550
Raleigh, North Carolina 27612
Mailing Address: Post Office Box 30516
Raleigh, North Carolina 27622
(919) 719-8200
luke.dalton@mgclaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve notification of such filing on registered users, including the following:

> Email: ryan@ryanduffy.com
> Ryan P. Duffy
> The Law Office of Ryan Duffy, PLLC
> 1213 W. Morehead Street
> Suite 500, Unit #450
> Charlotte, North Carolina 28208
> Attorney for Jason Hewett
>
> Email: anthony@paronichlaw.com
> Anthony I. Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, Massachusetts 02043
> Attorney for Jason Hewett
>
> Email: a@perronglaw.com
> Andrew Perrong
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> Attorney for Jason Hewett

This the 15th day of October, 2025.

/s/Luke A. Dalton
LUKE ANDREW DALTON