IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-01185-FL

JASON HEWETT, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    Plaintiff,

v.

INNOVATIVE TAX RELIEF LLC,

    Defendant

## **ORDER**

THIS MATTER IS BEFORE THE COURT on Defendant's Unopposed Motion to Amend/ Clarify Case Management Order. In consideration of the unopposed Motion and seeing good cause appearing, the undersigned will <u>grant</u> the Motion.

IT IS, THEREFORE, ORDERED that the Defendant's "Unopposed Motion to Amend/ Clarify Case Management Order" is GRANTED. The Case Management Order's [DE 14] deadline regarding personal jurisdiction motions is modified as follows: motions related to personal jurisdiction for punitive class members are due thirty (30) days after Plaintiff files a motion seeking class certification.

SO ORDERED this ___ day of _____, 2025.

                                                       _____
                                                       LOUISE W. FLANAGAN
                                                       United States District Judge