IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-01185-FL

JASON HEWETT, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    Plaintiff,

v.

INNOVATIVE TAX RELIEF LLC,

    Defendant

## ORDER

THIS MATTER IS BEFORE THE COURT on Defendant's Unopposed Motion to Amend/ Clarify Case Management Order. In consideration of the unopposed Motion and seeing good cause appearing, the undersigned will <u>grant</u> the Motion.

IT IS, THEREFORE, ORDERED that the Defendant's "Unopposed Motion to Amend/ Clarify Case Management Order" is GRANTED. The Case Management Order's [DE 14] deadline regarding personal jurisdiction motions is modified as follows: motions related to personal jurisdiction for punitive class members are due thirty (30) days after Plaintiff files a motion seeking class certification. All other terms and conditions in the court's Case Management Order, not altered herein, shall remain in full force and effect.

SO ORDERED this 17th day of October, 2025.

                                                LOUISE W. FLANAGAN
                                              United States District Judge