# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### Civil Case No. 7:25-cv-01185-FL

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INNOVATIVE TAX RELIEF LLC <br><br> Defendant. | **NOTICE OF SPECIAL APPEARANCE OF DANA J. OLIVER** |

Please take notice that the undersigned, Dana J. Oliver, hereby enters a notice of special appearance as counsel for Plaintiff in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Ryan Duffy.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated: October 02, 2025

*/s/ Dana J. Oliver*
Dana J. Oliver
**OLIVER LAW CENTER, INC.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Fax: (888) 570-2021
dana@danaoliverlaw.com

/s/ *Ryan Duffy*
Ryan Duffy
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead Street
Suit 500, Unit #450
Charlotte, North Carolina 28208
ryan@ryanpduffy.com
Telephone: (704) 741-9399
*Local Rule 83.1 Counsel*