IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:25-CV-01185-FL

| | |
|---|---|
| JASON HEWETT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | ) ) ) ) |
| | ) **JOINT STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| v. | ) ) ) |
| INNOVATIVE TAX RELIEF LLC | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jason Hewett ("Plaintiff") and Defendant Innovative Tax Relief LLC ("Innovative Tax," and with Plaintiff, the "Parties") hereby stipulate and agree that any and all individual claims asserted or that could have been asserted by Plaintiff in Plaintiff's Complaint in the above-styled and -numbered action shall be and are dismissed WITH PREJUDICE.

/s/ Andrew Roman Perrong
Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
a@perronglaw.com
PA Bar. No. 333687
Attorney for Plaintiff

/s/ Ryan P. Duffy
Ryan P. Duffy
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead St., Suite 500, Unit #2450,
Charlotte, NC 28208

704-741-9399
ryan@ryanpduffy.com
NC Bar. No. 55904
Local Civil Rule 83.1(d) Attorney for Plaintiff

MCANGUS GOUDELOCK & COURIE, PLLC

*/s/*Luke A. Dalton
Luke Andrew Dalton
N.C. State Bar No. 41188
4130 Parklake Avenue, Suite 550
Raleigh, North Carolina 27612
Phone: (919) 719-8204
Fax: (919) 510-9825
Email: luke.dalton@mgclaw.com

ATTORNEYS FOR INNOVATIVE TAX RELIEF LLC